UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>         Plaintiff,<br><br>v.<br><br>MIKE DAWOOD, dba AAA SMOG & REPAIR CENTER; ROCHELLE S. TEMKIN; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.: 18cv275 JM (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND DISMISS CASE WITH PREJUDICE** |

  Plaintiff Karel Spikes moves the court to dismiss Defendant Rochelle S. Temkin with prejudice, and Plaintiff and Defendant Mike Dawood, dba AAA Smog & Repair Center (collectively, "the Parties") jointly move the court to dismiss Plaintiff's complaint with prejudice. (Doc. No. 3.) The Parties also request that the court "retain jurisdiction over all disputes between (among) the parties arising out of the settlement agreement including, but not limited to, interpretation and enforcement of the terms of the settlement agreement." (Id.)

///
///
///

1

1 | The court grants the motion. Defendant Temkin is dismissed with prejudice. The
2 | court dismisses Plaintiff's complaint with prejudice and directs the Clerk of Court to
3 | close the file. However, the court retains jurisdiction only with respect to enforcement of
4 | the settlement agreement, (Doc. No. 3, Exh. A.).

IT IS SO ORDERED.

DATED: May 21, 2018

_____
JEFFREY T. MILLER
United States District Judge